IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| PAUL HOWARD HARRIS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 5:08-cv-422-RDP-PWG |
| ) | |
| GARY HETZEL, Warden; ) | |
| ATTORNEY GENERAL FOR THE ) | |
| STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on December 8, 2008, recommending that the petition for writ of habeas corpus be denied. On December 22, 2008, Petitioner filed objections to the findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by Petitioner, the court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be denied. A Final Judgment will be entered.

**DONE** and **ORDERED** this   7th   day of January, 2009.

_____
R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE